# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL,       )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>     v.                                                  )    No. 4:20-cv-01694-PLC<br>                                                            )<br>MISSOURI DEPARTMENT                    )<br>OF CORRECTIONS, et al.,                    )<br>                                                            )<br>            Defendants.                          ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of plaintiff Joseph Michael Devon Engel for leave to proceed in forma pauperis on appeal. (Docket No. 7). The motion is unsigned. Nevertheless, it would be futile to give plaintiff the opportunity to correct the omission of his signature. On January 22, 2021, when the Court dismissed plaintiff's case, it certified in writing that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). It is not now apparent that plaintiff seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). The Court will therefore deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 7) is **DENIED**.

Dated this 9th day of February, 2021.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**