# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-01694-PLC |
| ) | |
| MISSOURI DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Joseph Michael Devon Engel's motion for leave to proceed in forma pauperis on appeal. (Docket No. 14). It appears that plaintiff intended to file the motion in the United States Court of Appeals for the Eighth Circuit, as this Court has already denied plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 9), and the instant motion contains plaintiff's appellate case number. The Court will therefore direct the Clerk of Court to forward the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to **FORWARD** plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 14) to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 14) shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this 2nd day of March, 2021.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE